618

the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Hugh Satterlee* and *J. E. Mac-Closkey, Jr.,* for respondents.

No. 895. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* STOCKHOLMS ENSKILDA BANK. April 30, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Biggs* for petitioner. *Mr. Truman Henson* for respondent.

No. 904. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MORGAN'S, INC., ET AL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. Haskell Cohn* for respondents.

No. 892. ROWLEY ET AL. *v.* CHICAGO & NORTHWESTERN RY. Co. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Ray E. Lee* and *James A. Greenwood* for petitioners. *Messrs. Samuel H. Cady* and *William T. Faricy* for respondent.

No. 883. WACO *v.* UNITED STATES FIDELITY & GUARANTY Co. ET AL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. J. Walter Cocke* for petitioner. No appearance for respondents.